HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Valle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-00212-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE FINAL REVOCATION HEARING; FINDINGS AND ORDER** |
| vs. | ) |
| JORGE VALLE, | ) Date:  June 27, 2023 |
| Defendant. | ) Time:  9:00 a.m.<br>) Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for final revocation hearing to take place on June 27, 2023.

2. The parties require additional time to adequately prepare for the hearing. New information has surfaced that Mr. Valle has a pending criminal case in Santa Clara County. The parties are currently determining how to proceed in light of the new information.

3. The parties request that the final revocation hearing be continued to August 1, 2023 at 9:00 a.m.  The parties have confirmed that the Court and U.S. Probation Officer McSorley are available on the requested date.

IT IS SO STIPULATED.

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Date: June 22, 2023 | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI |
| 4 |  | Assistant Federal Defender |
| 5 |  | Attorneys for Defendant<br>Mr. Valle |
| 6 |  |  |
| 7 |  |  |
| 8 | Date: June 22, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 |  |  |
| 10 |  | */s/ Elliot Wong*<br>Elliot Wong |
| 11 |  | Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. Final revocation hearing **CONTINUED** to **August 1, 2023, at 9:00 a.m**.

IT IS SO ORDERED.

Dated: June 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE