HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Valle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00212-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE FINAL REVOCATION HEARING; FINDINGS AND ORDER** |
| vs. | ) |
| JORGE VALLE, | ) Date: August 1, 2023 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |

# I.

## **STIPULATION**

1. The Court previously set this matter for final revocation hearing to take place on August 1, 2023.

2. The parties require additional time to adequately prepare for the hearing. Mr. Valle has a pending criminal case in Santa Clara County and the parties are currently determining how to proceed in light of the pending case.

3. The parties request that the final revocation hearing be continued to **August 29, 2023, at 9:00 a.m**. The parties have confirmed that the Court and U.S. Probation Officer McSorley are available on the requested date.

IT IS SO STIPULATED.

//

//

//

STIPULATION AND ORDER               -1-               *United States v. Valle,*
                                                      2:22-cr-00212-JAM

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2023

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Valle

Date: July 18, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Elliot Wong*
Elliot Wong
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS T**he parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 18, 2023                                            /s/ John A. Mendez
                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                          SENIOR UNITED STATES DISTRICT JUDGE